JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZIZ ABU HARRIS,<br><br>　　　　Petitioner,<br>　　vs.<br>F. E. FIGUEROA, Warden,<br>　　　　Respondent. | Case No. EDCV 11-1323-JAK (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: September 17, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE